# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00551-CV

**L. Macbeth, Appellant**

**v.**

**Netsanet Temesgen, DDS, Appellee**

## FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## NO. C-1-CV-17-006164, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 9, 2019. On February 7, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by February 19, 2019 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Prosecution

Filed: March 22, 2019